IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | No. 4:24-CR-00130-01 |
|---|---|
| v. | (Chief Judge Brann) |
| ANGELO PEREYRA, | |
| Defendant. | |

## WAIVER OF INDICTMENT

I, Angelo Pereyra, the above-named defendant, who is accused of Violations of Title 18, United States Code § 2314 and being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive in open court prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
ANGELO PEREYRA
Defendant

_____
Counsel for Defendant

Before: _____
Matthew W. Brann
Chief United States District Judge

Date: June 24, 2024