IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:24-CR-00130-01 |
| v. | (Chief Judge Brann) |
| ANGELO PEREYRA, | |
| Defendant. | |

### ORDER

**AND NOW**, this 24th day of June 2024, the Court finds that the Defendant is acting voluntarily and not as a result of force or threats or promises, that he understands his rights and the consequences of his plea and that he voluntarily waives his right to trial. The Court finds that the plea has a basis in fact. The Court accepts the plea of Guilty to Count One of the Information. **IT IS ORDERED** that the United States Probation Office shall conduct a presentence investigation and shall prepare a presentence report. A presentence conference may be scheduled in this case by separate Order of Court, if necessary.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge