## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ANDREW ENSANIAN,

Defendant.

No. 4:24-CR-00130-02

(Chief Judge Brann)

## <u>ORDER APPOINTING COUNSEL</u>

**AND NOW**, this 24th day of June 2024, **IT IS ORDERED** that the above named person having completed the required Financial Affidavit (Form CJA 23) in support of a request for an attorney without payment of fee, and having certified the same to be correct;

AND, the Court being satisfied that this individual is not financially able to obtain counsel and is not waiving the right to counsel;

**IT IS ORDERED** that the Donald F. Martino, Esquire is hereby appointed to represent the defendant in all matters pertaining to the above captioned case.

If, at any time after this appointment, the Court finds that the party is financially able to obtain counsel, or is able to make partial payment for the representation, it may terminate the appointment of counsel or authorize payment as provided in Title 18 United States Code, Section 3006A(f).  In such an event, the party may be required to reimburse all or part of the money expended by the

Court in appointing Donald F. Martino, Esquire should it later be determined that

funds are available for payment.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge