IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:24-CR-00130-02 |
| v. | (Chief Judge Brann) |
| ANDREW ENSANIAN, | |
| Defendant. | |

## PLEA

**AND NOW**, this 24th day of June 2024, the defendant, Andrew Ensanian, having been arraigned in open court, hereby enters a plea of ***GUILTY*** to Count 1 of the Information.

_____
Defendant

_____
Counsel for Defendant